```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION

BRUCE TILLMAN,                    )
                                  )
        Plaintiff                 )
                                  )     No. 3:13-0762
v.                                )     Judge Sharp/Brown
                                  )     Jury Demand
JASON WOODALL, et al.,            )
                                  )
        Defendants                )
```

## O R D E R

The Plaintiff has filed a motion for order of substitution and/or in the alternative for joinder of necessary party (Docket Entry 23). This motion is **GRANTED** and Dr. Paul Alexander is added as a Defendant in both personal and individual capacity in this matter.

The **Clerk** will prepare a summons for Dr. Alexander at the address shown on Docket Entry 23, p. 5, and the **Marshals Service** is directed to attempt service of process. The Marshals Service will serve with the original complaint a copy of the motion for order of substitution and this order.

The motion alleges that Dr. Alexander has replaced Dr. Burns as Medical Director of the DeBerry Special Needs Facility and that Dr. Alexander occupied this position both before and after Dr. Burns was the medical director, and that the policies complained of were originally promulgated by Dr. Alexander, continued by Dr. Burns, and continued still by Dr. Alexander. The Magistrate expresses no opinion ow the merits of the claims against Dr. Alexander.

It is so **ORDERED.**

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge