```
                UNITED STATES DISTRICT COURT
                MIDDLE DISTRICT OF TENNESSEE
                    NASHVILLE DIVISION
```

BRUCE TILLMAN,                )
                              )
        Plaintiff             )
                              )      No. 3:13-0762
v.                            )      Judge Sharp/Brown
                              )      **Jury Demand**
JASON WOODALL, *et al.*,      )
                              )
        Defendants            )

## **O R D E R**

The United States Marshals Service has attempted service of process on Roberta Burns by certified mail. It appears that the certified mail was unclaimed (Docket Entry 61). The Marshals Service is directed to attempt personal service in this matter.

It is so **ORDERED**.

/s/   Joe B. Brown
JOE B. BROWN
United States Magistrate Judge